UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE DEUTSCH,

        Plaintiff,

-against-

STEVEN J. BAUM, PC and
EVERHOME MORTGAGE COMPANY,

        Defendants.

Case No. 11-CIV-0110

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), whereas no opposing party has served either an answer or a motion for summary judgment, and that no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, Plaintiff stipulates that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

Dated:    New York, New York
            February 3, 2011

THE LAW OFFICES OF SHIMSON
WEXLER, PC

By: Shimshon Wexler, Esq.
Attorneys for Plaintiff
2664 Broadway
New York, New York 10025
(212) 760-2400
Fax (917) 512-6132

4820-4090-4200, v. 1